UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN WAYNE BONILLA, | Case Nos. 23-cv-6085-PJH |
|---|---|
| Plaintiff, | 23-cv-6098-PJH |
| v. | 23-cv-6099-PJH |
|  | 23-cv-6104-PJH |
| JUDGE O'FARRELL et. al., | 23-cv-6105-PJH |
| Defendants. | 23-cv-6106-PJH |
|  | 23-cv-6112-PJH |
|  | 23-cv-6273-PJH |
|  | 23-cv-6430-PJH |
|  | 23-cv-6432-PJH |
|  | 23-cv-6436-PJH |
|  | 23-cv-6466-PJH |

**JUDGMENTS**

Pursuant to the order of dismissal signed today these cases are dismissed with prejudice and closed.

**IT IS SO ORDERED.**

Dated: December 21, 2023

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge